UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN NADAL,<br><br>        Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CV 21-07590-RSWL<br>CR 93-698-RSWL-1<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS** [1] |

    Currently before the Court is Petitioner Christian Nadal's ("Petitioner") Petition for Writ of Habeas Corpus [1], filed on September 21, 2021.  The Court sets the following briefing schedule:

    Government's Opposition:  **October 28, 2021**

    Defendant's Reply:  **November 28, 2021**

///

///

///

1

The Petition will be deemed submitted upon receipt of any Reply or on the expiration of the Reply deadline.

**IT IS SO ORDERED.**

DATED: September 28, 2021    ____*/S/ RONALD S.W. LEW*____
            **HONORABLE RONALD S.W. LEW**
            Senior U.S. District Judge